UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WARTH,<br><br>        Petitioner,<br>v.<br><br>JOHN F. SALAZAR, Warden,<br><br>        Respondent. | Case No. CV 06-3490-PSG (OP)<br>              CV 07-1236-PSG (OP)<br><br>SECOND AMENDED ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Second Amended Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1     IT IS ORDERED that Judgment be entered: (1) approving and adopting this Second Amended Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: May 5, 2011

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge