1
2
3
4
5
6                                          JS - 6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10
BRIAN WARTH,                    )        Case No. CV 06-3490-PSG  (OP)
11                              )
                                )        SECOND AMENDED
12              Petitioner,      )        J U D G M E N T
        v.                      )
13                              )
                                )
14   JOHN F. SALAZAR, Warden,    )
                                )
15                              )
                Respondent.      )
16   _____ )

17          Pursuant to the Order Adopting Findings, Conclusions, and Recommendations
18   of the United States Magistrate Judge,
19          IT IS ADJUDGED that the Petition is denied and this action is dismissed with
20   prejudice.
21
22   DATED:    May 5, 2011
23                                        HONORABLE PHILIP S. GUTIERREZ
                                          United States District Judge
24
     Prepared by:
25
26
27
     HONORABLE OSWALD PARADA
28   United States Magistrate Judge